November 15, 2021

Jerome Johnson
Reg. No. 66451-050
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640

U.S. Courthouse
District of New Jersey
Attn: Clerk of the Court
400 Cooper Street, Room #1050
Camden, NJ 08102-1570

RECEIVED

NOV 19 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

RE:  Case No.: 1:14-cr-00173-JHR

To the clerk:

I write with two requests: 1. Could the court please send me, at the above address, a copy of my plea agreement in the above referenced case; and 2. Could the Clerk forward a request for my sentencing transcripts in the above referenced case to the appropriate Court Reporter who can contact me with information on how to purchase?

I appreciate your assistance in both matters.

Sincerely,

Jerome Johnson
66451-050

JEROME JOHNSON #64987-050
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX # 2000
JOINT BASE MDL, N.J. 08640

TRENTON NJ 085
17 NOV 2021 PM 6 L

RECEIVED
NOV 19 2021
AT 3:30 ____ M
WILLIAM T. WALSH
CLERK

U.S. COURTHOUSE
DISTRICT of NEW JERSEY
400 COOPER ST. Rm # 1050
CAMDEN, N.J. 08102-1570

08102-157000

ATTN: CLERK of the COURT