UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Joseph H. Rodriguez |
| | : | |
| | : | CRIM NO. 14-173 |
| | : | |
| v. | : | MEMORANDUM ORDER |
| | : | |
| **JEROME JOHNSON** | : | |
| | : | |
| | : | |

This matter comes before the Court on *pro se* Petition by Defendant Jerome Johnson for appointment of counsel to assess Mr. Johnson's eligibility for a reduction of sentence pursuant to Retroactive Amendment 821, U.S.S.G. § 4A1.1(e); and the Court noting that prior to Amendment 821, offenders were given two additional criminal history points if they committed the underlying offense while under a criminal justice sentence; and the Court further noting that Retroactive Amendment 821 limits the application of these "status points"; and the Court further noting that the protocol in this District includes a preliminary review and recommendation by the Office of the Federal Public Defender and then the United States Attorney's Office, with a final order prepared by the United States Probation Office; and the Court finding that Mr. Johnson does not require counsel to avail himself of the opportunity for his eligibility to be considered for an adjustment pursuant to Amendment 821; therefore,

IT IS on this 20th day of August, 2024 hereby

ORDERED that Mr. Johnson's Motion [Dkt. No. 103] as it pertains to the appointment of counsel is denied; and it is further

1

ORDERED that the Federal Public Defender's Office shall initiate the protocol for review of Mr. Johnson's eligibility.

_____
Hon. Joseph H. Rodriguez, USDJ